UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREGORY COLLIER, | ) |
| Petitioner, | ) No. EDCV 08-1329-VBF (RCF) |
| v. | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATIONS OF |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  September 21, 2011 

PERCY ANDERSON
for VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE