UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREGORY COLLIER,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. EDCV 08-1329-VBF (RCF)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: September 21, 2011

PERCY ANDERSON
for VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE